Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Steven Lee Sorensen
19808 S. Woodruff Ct.
Frankfort, IL 60423−8944
SSN: xxx−xx−6473 EIN: N.A.

Case No. :  11−33448
Chapter :  7
Judge :  Bruce W. Black

Tina L Sorensen
19808 S. Woodruff Ct.
Frankfort, IL 60423−8944
SSN: xxx−xx−2319 EIN: N.A.

---

Debtor's Attorney:
Arthur D Wellman
Wellman & Associates
11980 Duchess
Mokena, IL 60448

(708) − 4791516

Trustee:
Bradley J Waller
Klein Stoddard Buck Waller & Lewis LLC
2045 Aberdeen Court
Sycamore, IL 60178

815 748−0380

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *August 16, 2011* .

1. *December 12, 2011* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *December 12, 2011* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. If you wish to file a claim, please use the attached Proof of Claim form.**

For the Court,

Dated: September 13, 2011

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Steven Lee Sorensen<br>Tina L Sorensen | Case Number: 11-33448 - BWB |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: | **Court Claim Number:**_____<br>(*If known*) |
| Telephone number: | Filed on:_____ |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**
   **if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (04/10) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____   _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 11-33448-BWB
Steven Lee Sorensen                                               Chapter 7
Tina L Sorensen
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: ahamilton             Page 1 of 2          Date Rcvd: Sep 13, 2011
                              Form ID: ntcftfc7           Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2011.
db/jdb        Steven Lee Sorensen,    Tina L Sorensen,   19808 S. Woodruff Ct.,    Frankfort, IL 60423-8944
aty          +Arthur D Wellman,    Wellman & Associates,   11980 Duchess,    Mokena, IL 60448-9285
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
17674949      ADT Security Services,    P.O. Box 371490,   Pittsburgh, PA 15250-7490
17674952     +Amsurg Surgery Ctr,    998 129th Infantry Dr.,   Joliet, IL 60435-6893
17674954     +Associated Radiologists Of Joliet,    39069 Treasury Ctr,    Chicago, IL 60694-9000
17674955      Associated St. James Radiologists,    PO Box 3463,   Springfield, IL 62708-3463
17674956      Associated Urological Specialists,    PO Box 516,   Bedford Park, IL 60499-0516
17674959     +BMO Harris Bank, N.A.,    P.O. Box 94034,   Palatine, IL 60094-4034
17674958     +BMO Harris Bank, N.A.,    P.O. Box 6201,   Carol Stream, IL 60197-6201
17674957      Bank Of America,    P.O Box 17054,   Dallas, TX 93062-5170
17674963     +Citifinancial,    300 St. Paul PL.,   Baltimore, MD 21202-2120
17674965     +Donald R. Wilson, Jr.,    540 W. Madison St.,   Suite 2600,   Chicago, IL 60661-2555
17674966     +Dr. Michael P. Ryan,    17061 S. Harlem Ave.,   Tinley Park, IL 60477-2739
17674968     +Focus Receivables Mgt,    1130 Northchase Pky,   Suite 150,   Marietta, GA 30067-6429
17674969     +GB/PAYPAL Smart Conn,    P.O. Box 981064,   El Paso, TX 79998-1064
17674971     +Harris, N.A.,   % Ehrenberg & Egan, Attorneys At Law,    330 N. Wabash Ave. Suite 2905,
               Chicago, IL 60611-7606
17674974     +Keith Schallenkamp,    2-361st TSBn,   P.O. 616,   El Paso, TX 79944-0616
17674975      LCA Collections,    P.O. Box 2240,   Burlington, NC 27216-2240
17674948     +Law Offices of Arthur Wellman,    11980 Duchess Ave,   Mokena, IL 60448-9285
17674976     +Marquette Vision Center,    9612 Willow Lane,   Mokena, IL 60448-9318
17674977     +Medical Business Bureau,    1460 Renaissance Dr.,   Park Ridge,, IL 60068-1349
17674979      Northstar Location Services,    Attn: Fnancial Services Dept,   4285 Genesse St.,
               Cheektowaga, NY 14225-1943
17674980     +O’Malley & Madden, P.C.,    542 S. Dearborn St.,   Suite 660,   Chicago, IL 60605-1558
17674981      Palos Anesthesia Associates,    Dept 4622,   Carol Stream, IL 60122-0001
17674982     +Palos Community Hospital,    % Harris And Harris, Ltd.,   222 Merchandise Mart Plaza, Suite 1900,
               Chicago, IL 60654-1421
17674983     +RNB-FieldS3,    PO Box 9475,   Minnneapolis, MN 55440-9475
17674984     +Robert J. Fedor,    2001 Crocker Rd. Suite 216,   Cleveland, OH 44145-6968
17674986     +Shirley Schallenkamp,    730 N. Idaho,   P.O. Box 333,   Salem, SD 57058-0333
17674946     +Sorensen Steven Lee,    19808 S Woodruff Ct,   Frankfort, IL 60423-8944
17674947     +Sorensen Tina L,    19808 S Woodruff Ct.,   Frankfort, IL 60423-8944
17674987      St James Hospital,    Accts Recovery Bureau, Inc.,   P.O. Box 6768,   Wyomissing,, PA 19610-0768
17674988     +St. James Hospital Corp,    20201 Crawford,   Olympia Fields, IL 60461-1010
17674990     +Target NB,    % Freedman, Anselmo, Lindberg, LLC,   P.O Box 3228,   Naperville, IL 60566-3228
17674991     +Tina Sorensen,    19808 S. Woodruff Ct.,   Frankfort, IL 60423-8944
17674992     +Transworld Systems, Inc.,    1375 E, Woodfield Rd.,   Suite 110,   Schaumburg, IL 60173-5423
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17674950     +EDI: ALLIANCEONE.COM Sep 14 2011 02:18:00      Alliance Receivables, Management, INc.,
               4850 Street Rd. , Suite 300,    Trevose,, PA 19053-6643
17674951     +EDI: GMACFS.COM Sep 14 2011 02:18:00      Ally Financial,   200 Renaissance Ctr.,
               Detroit, MI 48243-1300
17674953     +EDI: ACCE.COM Sep 14 2011 02:18:00      Asset Acceptance LLC,   PO Box 2036,
               Warren, MI 48090-2036
17674960      EDI: CAPITALONE.COM Sep 14 2011 02:18:00      Cap One,   P.O. Box 85520,   Richmond, VA 23285
17674961      EDI: CITICORP.COM Sep 14 2011 02:18:00      Citi Card,   P.O. Box 6077,
               Sioux Falls, SD 57117-6077
17674962     +EDI: CITICORP.COM Sep 14 2011 02:18:00      Citibank Mastercard,   PO Box 6241,
               Sioux Falls, SD 57117-6241
17674964      EDI: CIAC.COM Sep 14 2011 02:19:00      Citifinancial,   P,O.Box 6931.,
               The Lakes, NV 88901-6931
17674967     +EDI: ESCALLATE.COM Sep 14 2011 02:18:00      Escallate LLC,   5200 Stoneham Rd.,
               North Canton, OH 44720-1584
17674970      EDI: RMSC.COM Sep 14 2011 02:18:00      GEMB/GE Money Bank Low,   PO Box 103065,
               Roswell, GA 30076
17674972      EDI: IRS.COM Sep 14 2011 02:18:00      Internal Revenue Service,   P.O. Box 9019,
               Holtsville, NY 11742-9019
17674978     +EDI: MID8.COM Sep 14 2011 02:18:00      Midland Credit Mgmt,   8875 Aero Dr.,
               San Diego, CA 92123-2255
17674985     +EDI: SEARS.COM Sep 14 2011 02:18:00      Sears Mastercard,   P.O. Box 183082,
               Columbus, OH 43218-3082
17674989     +EDI: WTRRNBANK.COM Sep 14 2011 02:18:00      Target NB,   PO Box 673,
               Minneapolis,, MN 55440-0673
                                                                                              TOTAL: 13
```

```
District/off: 0752-1          User: ahamilton            Page 2 of 2              Date Rcvd: Sep 13, 2011
                              Form ID: ntcftfc7          Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17674973*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   P.O. Box 9019,   Holtsville, NY  11742)
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2011**              **Signature:**    *Joseph Speetjens*