### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceeding |
| STEVEN L. SORENSEN | ) | Case No.:    11-33448 |
| TINA L. SORENSEN | ) | |
| Debtors | ) | Hon. Bruce W. Black |

### NOTICE OF MOTION

To:
Steven Sorensen, 19808 S. Woodruff Ct, Frankfort, IL 60423, *Debtor* (Served Via U.S. Mail)
Tina Sorensen, 19808 S. Woodruff Ct, Frankfort, IL 60423, *Debtor* (Served Via U.S. Mail)
Bradley Waller, 2045 Aberdeen Court, Sycamore, IL 60178, *Trustee* (Via CM/ECF)
Arthur Wellman, 11980 Duchess, Mokena, IL 60448, *Debtors' Attorney* (Via CM/ECF)

**PLEASE TAKE NOTICE** that on **Friday, September 23, 2011 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Bruck W. Black, Will County Court Annex Building, 57 North Ottawa Street, Room 201, Joliet, Illinois 60432, or before any other judge who may be sitting in his stead, and shall then and there present the attached: **Motion for Relief From the Automatic Stay.**

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on September 16, 2011, he caused the above listed parties to be served by United States Postal Service by first class mail, postage prepaid, from 330 N. Wabash Avenue, Chicago, Illinois 60611, before 5:00 P.M. on that date, a copy of the foregoing Notice of Motion and Motion for Relief from the Automatic Stay, or electronically by virtue of the CM/ECF system, as indicated above.

/s/ Adham Alaily
Adham Alaily
aalaily@ehrenbergeganlaw.com
EHRENBERG & EGAN, LLC
330 N. Wabash Ave, #2905
Chicago, Illinois 60611
(312) 253-8640

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceeding |
| STEVEN L. SORENSEN | ) | Case No.:    11-33448 |
| TINA L. SORENSEN | ) | |
| Debtors | ) | Hon. Bruce W. Black |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Creditor BMO Harris Bank N.A. f/k/a Harris, N.A. ("Harris"), by the undersigned attorney, moves this Court for entry of an Order for Relief from the Automatic Stay to allow Harris to foreclose on its collateral, pursuant to 11 US.C. §362(d)(1) and (d)(2), and in support thereof, states as follows:

1.   On August 16, 2011 the Debtors filed a petition for relief under 11 U.S.C. Chapter 7.

2.   The meeting of creditors is scheduled for September 8, 2011.

3.   Harris is a secured creditor of the Debtor Steven Sorensen pursuant to a Promissory Note ("Note") executed by the Debtor secured by a mortgage (executed by the Steven Lee Sorensen Trust) on real property located at 19808 S. Woodruff Court, Frankfort, IL 60423 (the "Property").  The Note extended a loan in the principal amount of $221,000.00. (Mortgage and Note attached hereto as Exhibit A ).

4.   The lien interest of Harris in the Property is not adequately protected since payments are not being made to Harris N.A, and due to the fact that there is not enough equity in the Property to satisfy the indebtedness owed to Harris.

5.   The Debtor has failed to remit any payments under the Note since December 2010, and is in default in the amount of $248,116.73 pursuant to a judgment of foreclosure entered in the Circuit Court of Will County on April 26, 2011.

6.	The Property was scheduled to be sold at a foreclosure auction on August 17, 2011, the day after the Debtors filed their bankruptcy petition.

7.	The property is worth approximately $190,000.00 according to a July 2011 appraisal.  There is also a second mortgage lien on the on the Property in the amount of $39,000.00.  As such, there is no equity in the Property.

8.	The Debtor's statement of intent is silent as to the Property.

9.	Harris will be irreparably harmed if it is not allowed to protect its lien interest in the Property or otherwise foreclose on the Property.

WHEREFORE, BMO Harris Bank N.A. f/k/a Harris N.A. prays that this Court enter an Order granting Harris relief from the automatic stay to allow Harris to foreclose on its interest in the Property, and for any other relief this Court deems just and equitable, including waiving Fed.R.Bankr. 4001(a)(3).

BMO Harris Bank N.A. f/k/a Harris N.A.

BY:	/s/ Adham Alaily
	One of its attorneys

Adham Alaily
aalaily@ehrenbergeganlaw.com
EHRENBERG & EGAN, LLC
330 N. Wabash Avenue, Suite 2905
Chicago, IL 60611
(312) 253-8640