IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 Proceeding |
| STEVEN L. SORENSEN ) | Case No.:   11-33448 |
| TINA L. SORENSEN ) | |
| Debtors ) | Hon. Bruce W. Black |

## ORDER FOR RELIEF FROM STAY

This matter coming for hearing on the motion for relief from the automatic stay of BMO Harris Bank N.A. f/k/a Harris N.A. ("Harris"), notice having been given to all parties entitled hereto, the Court having the power and authority over the parties and the subject matter, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED: 1) The automatic stay is hereby modified to permit Harris to foreclose on its interest in collateral with respect to Debtors' real property located at at 19808 S. Woodruff Court, Frankfort, IL 60423 , and as such, Harris is permitted to take any action to foreclose on the property as allowed or required by Illinois foreclosure law; and 2) the wait period pursuant to Federal Rule of Bankruptcy 4001(a)(3) is hereby waived and not applicable.

DATE: **2 3 SEP 2011**

ENTER _/s/ Bruce W. Black_ PG
JUDGE

Adham Alaily
aalaily@ehrenbergeganlaw.com
EHRENBERG & EGAN, LLC
330 N. Wabash Avenue, Suite 2905
Chicago, IL 60611
(312) 253-8640