# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-33448 BB  
**Case Name:** SORENSEN, STEVEN L  
SORENSEN, TINA L  
**Period Ending:** 12/31/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 08/16/11 (f)  
**§341(a) Meeting Date:** 09/08/11  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family House @ 19808 S. Woodruff, Frankfo | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | U.S.Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1st Midwest Bank Checking #7101508898 | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | Harris Bank Checking Acct #2004518 in banks, sav | 4.57 | 0.00 | DA | 0.00 | FA |
| 5 | General Household Furniture audio, video, and co | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | General Wearing Apparel | 350.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2001 Ford E-150 Van | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2008-2010 X<br>Personal Secured Loan on Cook County | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wrongful termination lawsuit - MF Global | Unknown | Unknown | | 0.00 | Unknown |
| 9 | **Assets    Totals** (Excluding unknown values) | **$244,674.57** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 30, 2012          **Current Projected Date Of Final Report (TFR):** September 30, 2012

Printed: 01/16/2012 03:43 PM    V.12.57