IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| STEVEN LEE SORENSEN ) | |
| TINA L.   SORENSEN ) | Case No.  11-33448 |
| Debtors ) | |
| ) | Judge Bruce W. Black |

"Joliet"

NOTICE OF MOTION

TO:   See attached Service List

On Friday July  27, 2012, at  9:15 A.M**.** or as soon thereafter as counsel may be heard, I shall appear before  Judge Black or any Judge sitting in that Judge's stead, in  courtroom 201 in the Will County Annex Building, 57 N. Ottawa St., Joliet, Illinois 60451  and present a  the attached Debtors Motion, a copy of which is attached and served on you.

_____

Arthur D. Wellman, Attorney for Debtor ARDC #2978768
11980 Duchess Ave.
Mokena, IL. 60448
1-708-949-0431

STATE OF ILLINOIS
COUNTY OF WILL

I, Arthur D. Wellman, an attorney, first duly sworn upon oath, depose and state that I served the above and foregoing Notice, together with all required papers, upon the above-named parties, by electronic notice through ECF or by depositing the same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Mokena Postal Station, Mokena, IL on this day of July 13, 2012.

BY :/s/ARTHUR D. WELLMAN
Arthur D. Wellman ARDC#2978768

**SERVICE LIST**

To Debtor:

Steven Lee Sorensen
Tina    L.   Sorensen
20033 S.  Rosewood
Frankfort, IL 60423
**By U.S. Mail**.

To Chapter 7 Interim Trustee:
Mr. Bradley J. Waller
Klein, Stoddard, Buck, Waller, & Lewis, LLC
2045 Aberdeen Ct.
Sycamore, IL. 60178
**By Electronic Notice through ECF**

To U.S. Trustee:
Patrick S. Lyang
Office of U.S. Trustee, Region 11
219 S. Dearborn St, Room 873
Chicago, IL. 60604
**By Electronic Notice through ECF**

Law Offices of Arthur Wellman
11980 Duchess Ave.
Mokena, IL. 60448

To Creditors   **(By U.S. Mail):**

ADT Security Services
P.O. Box 371490
Pittsburgh, PA. 15150-7490

Alliance Receivables Management,Inc.
4850 Street Rd., Suite 300
Trevose, PA. 19053

Ally Financial
200 Renaissance Ctr.
Detroit, MI  48243

Amsurg Surgery Ctr
998 129th Infantry Dr.
Joliet, IL 60435

Asset Acceptance LLC
P.O. Box2036
Warren, MI 48090

Associated Radiologists of Joliet
39069 Treasury Ctr
Chicago,IL 60694

Associated St.James Radiologists
P.O. Box 3463
Springfield,IL 62708-3463

Associated Urological Specialists
PO Box 516
Bedford Park, IL 60499-0516

Bank of America
P.O. Box 17054
Dallas, TX 93062-5170

BMO Harris Bank, N. A.
P.O. Box 6201
Carol Stream, IL. 60197

BMO Harris Bank, N.A.
P.O. Box 94034
Palatine, IL 60094

Cap One
P.O. Box 85520
Richmond, VA. 23285

Citi Card
P.O. Box 6077
Sioux Falls, SD 57117-6077

Citibank Mastercard
PO Box 6241
Sioux Falls, SD 57117

CitiFinancial
200 St. Paul Pl.
Baltimore, MD 21202

CitiFinancial
P.O.Box 6931
The Lakes, NV 88901-6931

Donald R. Wilson, Jr.
540 W. Madison St.
Suite  2600
Chicago, IL 60661

Dr. Michael P. Ryan
17061 S. Harlem Ave.
Tinley Park, IL.  60477

Escallte LLC
5200 Stoneham Rd.
North Canton, Ohio 44270

Focus Receivables, Mgt
1130 Northcahse Pky
Suite 150
Marietta, GA 30067

GB/Paypal Smart Conn
P.O. Box 981064
El Paso, TX 79998

GEMB/GE Money Bank
P.O.Box 103065
Roswell, GA.  30076

Harris, N.A.
% Ehrenberg, & Egan, Attorneys at Law
330 N. Wabash Ave., Suite 2905
Chicago, IL.60611

Internal Revenue Service
P.O. Box 9019
Holtsville, NY 11742

Keith Schallenkamp
1-361st TSBN

P.O. 616
El Paso, TX 79906

LCA Collections
P.O. Box 2240
Burlington, NC 27216-2240

Marquette Vision Ctr.
9612 Willow Lane
Mokena, IL 60448

Medical Business Bureau
1460 Renaissance Dr.
Park Ridge, IL 60068

Midland Credit Mgmt
8875 Aero Dr.
San Diego, CA 92123

Northstar Location Services
AttnL Financial Services Dept
4285 Genesse St.
Cheektowaga,NY 14224-1943

O'Malley & Madden, P.C.
542 S. Dearborn ST.
Suite 660
Chicago, IL. 60605

Palos Anesthesia Associates
Dept 4622
Carol Stream, IL 60122-0001

Palos Community Hospital
% Harris and Harris Ltd.
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL 60654

RNB-Fields
PO Box 9475
Minneapolis, MN 55440

Robert J. Fedor
2001 Crocker Rd, Suite 216
Cleveland OH 44125

Sears Mastercard
P.O. Box 183082
Columbus, OH 43218

Shirley Schallenkamp
730 N. Idaho
P.O. Box 333
Salem, SD 57058

St. James Hospital
Accts Recovery Bureau, Inc.
P.O. Box 6768
Wyomissing, PA. 19610-0768

St. James Hospital Corp.
20201 Crawford
Olympia Fields, IL 60461

Target NB
% Freedman, Anselmo, Lindberg, LLC
P.O.Box 3228
Naperville, IL. 60566

Transworld Systems, Inc.
1375 E. Woodfield Rd.
Suite 110
Schaumburg, Il 60173