# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

STEVEN LEE SORENSEN,
TINA L. SORENSEN,

Debtor(s)

Case No. 11-bk-33448

Chapter 7

## NOTICE OF MOTION

To:   Keith Anthony Schallenkamp
      316 North 6th Street
      Mankato, MN 56001

      Jon E. Paulson
      Paulson Law Firm PLLC
      1434 Appaloosa Trail
      Eagan, MN 55122

      Robin M. Eich
      Eich Law Office, Prof. LLC
      700 N. Vandemark Ave., Suite 108
      Hartford, SD 27033

PLEASE TAKE NOTICE that on June 13, 2019 at 10:00 a.m., the undersigned will appear before the Honorable Pamela S. Hollis at the Everett McKinley Dirksen United States Courthouse, Courtroom No. 644, 219 South Dearborn, Chicago, Illinois 60604, and will then and there present the attached **Debtors' Motion to Reopen Chapter 7 Case**, a copy of which is hereby served upon you.

Dated: May 31, 2019

*/s/ Majdi Y. Hijazin*

Majdi Y. Hijazin, *Of Counsel*
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mhijazin@hijazinlaw.com

*Counsel for Steven Lee Sorensen and Tina L. Sorensen*

## CERTIFICATE OF SERVICE

     I, Majdi Y. Hijazin, hereby certify that on May 31, 2019, **DEBTORS' MOTION TO REOPEN CHAPTER 7 CASE** was filed with the Clerk of the Court of the United States Bankruptcy Court for the Northern District of Illinois by using the CM/ECF system. I have mailed this document by United States Postal Service Certified Mail, postage prepaid, to:

Keith Anthony Schallenkamp  
316 North 6th Street  
Mankato, MN 56001  

Jon E. Paulson  
Paulson Law Firm PLLC  
1434 Appaloosa Trail  
Eagan, MN 55122  

Robin M. Eich  
Eich Law Office, Prof. LLC  
700 N. Vandemark Ave., Suite 108  
Hartford, SD 27033  

*/s/ Majdi Y. Hijazin*

Majdi Y. Hijazin, *Of Counsel*
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mhijazin@hijazinlaw.com

*Counsel for Steven Lee Sorensen and Tina L. Sorensen*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>STEVEN LEE SORENSEN,<br>TINA L. SORENSEN,<br><br>Debtor(s) | Case No. 11-33448<br><br>Chapter 7 |

---

**DEBTORS' MOTION TO REOPEN CHAPTER 7 CASE**

---

NOW COME the Debtors, STEVEN LEE SORENSEN AND TINA L. SORENSEN (the "Debtors"), by and through their attorneys, SULAIMAN LAW GROUP, LTD., pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure, move to reopen their Chapter 7 case, and in support thereof, state as follows:

1. On August 8, 2011, Debtors filed a Chapter 7 petition in the United States Bankruptcy Court, Northern District of Illinois, Case Number 11-33448.

2. On July 31, 2012, Debtors were granted a discharge of all dischargeable debts pursuant to 11 U.S.C. § 727.

3. Despite Debtors' discharge and the broad prohibition to cease collection activity on a discharged debt, Keith Anthony Schallenkamp ("Schallenkamp"), Paulson Law Firm PLLC ("Paulson") and Eich Law Office, Prof. LLC ("Eich") have continued to harass the Debtors for payment on a discharged debt by filing two lawsuits against the Debtors, to wit: in District Court, First Judicial District, County of Sibley, State of Minnesota on June 16, 2017 (72-CV-17-145);

and in Circuit Court, First Judicial Circuit, County of McCook, State of South Dakota on June 28, 2018 (CIV. 18-56).

4. Debtors have advised Schallenkamp, Paulson and Eich of their discharge and have demanded that the collection activity cease throughout the State Court lawsuits.

5. The Minnesota State Court matter filed by Paulson, on behalf of Schallenkamp, was dismissed on or about March 13, 2018. On April 10, 2018, a Judgment was entered in favor of Debtors for additional legal fees, in the amount of $1,060, that had been incurred by Debtors due to a late filing of a changed document by Schallenkamp.

6. However, Schallenkamp continued his collection efforts against Debtors in blatant disregard to the protections provided by the Discharge Injunction by retaining Eich to represent him in preparing, filing, and actively prosecuting a second lawsuit in the South Dakota State Court on June 28, 2018. *See Debtors' Motion Pursuant to 11 U.S.C. § 524 for Violations of the Discharge Injunction filed simultaneously with this motion*.

5. Debtors have been denied the relief afforded by the Discharge Injunction and continue to be harmed by the unlawful conduct of Schallenkamp, Paulson, and Eich.

6. Debtors cannot proceed in their action seeking relief without the reopening of this case.

**WHEREFORE,** the Debtors respectfully request:

1. That this Honorable Court enter an order directing the Clerk to reopen Debtors' Chapter 7 case for the limited purpose of enforcing the Discharge Injunction, and to seek an order of contempt and the imposition of sanctions against Schallenkamp, Paulson and Eich; and

2. That this Honorable Court grant such other relief deemed appropriate and equitable.

Dated: May 31, 2019

*/s/ Majdi Y. Hijazin*

Majdi Y. Hijazin, *Of Counsel*
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mhijazin@hijazinlaw.com

*Counsel for Steven Lee Sorensen and Tina L. Sorensen*