# Exhibit A

IN RE **Sorensen, Steven Lee & Sorensen, Tina L** _____ Case No. _____
                                    Debtor(s)                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3509XXXXX**<br>**Escallate LLC**<br>**5200 Stoneham Rd.**<br>**North Canton, OH 44720** | X | J | **2011**<br>**Legal Services** | | | X | **516.00** |
| ACCOUNT NO. **6044071026146023**<br>**GB/PAYPAL Smart Conn**<br>**P.O. Box 981064**<br>**El Paso,, TX 79998** | X | J | **2008**<br>**Goods and Services from Paypal Buyer Credit**<br>**P.O. Box 960080**<br>**Orlando, FL 32896-0080** | | | X | **612.00** |
| ACCOUNT NO. **798192414904XXXX**<br>**GEMB/GE Money Bank Low**<br>**PO Box 103065**<br>**Roswell, GA 30076** | X | J | **2007**<br>**Goods and Services** | | | X | **3,000.00** |
| ACCOUNT NO. **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**<br>**Internal Revenue Service**<br>**P.O. Box 9019**<br>**Holtsville, NY 11742** | X | J | **12/31/2007**<br>**Personal 1040 Income taxes for 2007** | | | X | **47,213.00** |
| ACCOUNT NO.<br>**Keith Schallenkamp**<br>**2-361st TSBn**<br>**P.O. 616**<br>**El Paso, TX 79906** | X | J | **2009-2010**<br>**Personal Loan** | | X | | **6,000.00** |
| ACCOUNT NO. **93833653**<br>**LCA Collections**<br>**P.O. Box 2240**<br>**Burlington, NC 27216-2240** | X | J | **2011**<br>**Medical Services from Hedges Clinic for child Olivia Sorensen** | | | X | **72.00** |
| ACCOUNT NO.<br>**Marquette Vision Center**<br>**9612 Willow Lane**<br>**Mokena, IL 60448** | X | J | **2011**<br>**Goods and Services** | | | X | **570.00** |

Sheet no. __3__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **57,983.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only