# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

STEVEN LEE SORENSEN,
TINA L. SORENSEN,

Debtor(s)

Case No. 11-bk-33448

Chapter 7

## *CORRECTED* AMENDED NOTICE OF MOTION [ECF #39 & #43]

To:  Keith Anthony Schallenkamp
316 North 6th Street
Mankato, MN 56001

Robin M. Eich
Eich Law Office, Prof. LLC
700 N. Vandemark Ave., Suite 108
Hartford, SD 27033

Jon E. Paulson
Paulson Law Firm PLLC
1434 Appaloosa Trail
Eagan, MN 55122

PLEASE TAKE NOTICE that on June 21, 2019 at 10:00 a.m., the undersigned will appear before the Honorable Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, and will then and there present **Debtors' Motion to Reopen Chapter 7 Case [*filed at ECF #39*]**, a copy of which was served upon you on May 31, 2019.

Dated: June 10, 2019

*/s/ Majdi Y. Hijazin*

Majdi Y. Hijazin, *Of Counsel*
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mhijazin@hijzainlaw.com

*Counsel for Steven Lee Sorensen and Tina L. Sorensen*

## CERTIFICATE OF SERVICE

    I, Majdi Y. Hijazin, hereby certify that on June 10, 2019, I caused a copy of this *CORRECTED* AMENDED NOTICE OF MOTION to be served, via ECF to the United States Trustee and Chapter 7 Trustee, and via U.S. Certified Mail, postage prepaid, to:

Keith Anthony Schallenkamp
316 North 6th Street
Mankato, MN 56001

Jon E. Paulson
Paulson Law Firm PLLC
1434 Appaloosa Trail
Eagan, MN 55122

Robin M. Eich
Eich Law Office, Prof. LLC
700 N. Vandemark Ave., Suite 108
Hartford, SD 27033

*/s/ Majdi Y. Hijazin*

Majdi Y. Hijazin, *Of Counsel*
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mhijazin@hijzainlaw.com

*Counsel for Steven Lee Sorensen and Tina L. Sorensen*