# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Pamela S. Hollis        **Date** June 21, 2019

**Bankruptcy Case No.** 11 B 33448        **Adversary No.**

**Title of Case** Steven Lee Sorensen, and Tina L. Sorensen

**Brief Statement of Motion** Motion to reopen Chapter 7 case (EOD #39), and motion pursuant 11 USC 524 and 105 for violation of the discharge injunction, and Fed. R. Bankruptcy P. 9020, seeking sanctions for civil contempt (EOD #41).

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Leave given Respondents to file and serve a response on or before July 12, 2019.

Debtor's reply is due on or before July 26, 2019.

The above motion is set for STATUS on August 9, 2019, at 10:15 a.m., at Joliet City Hall 150 W. Jefferson St., 2nd Floor, Joliet, IL 60432.

/s/ Pamela S. Hollis