IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 0 8 2019
JEFFREY P. ALLSTEADT, CLERK
TEAM - CA

In Re:

STEVEN LEE SORENSEN,
TINA L. SORENSEN,

      Debtor(s)

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

Case No. 11-bk-33448
Honorable Pamela S. Hollis
(Joliet City Hall, 2nd Floor)
Status Date: August 9, 2019, at
10:15 a.m.

Chapter 7

## NOTICE OF MOTION TO STRIKE DEBTORS' MOTION PURSUANT TO 11 U.S.C. SECTIONS 524 AND 105 FOR VIOLATIONS OF THE DISCHARGE INJUNCTION AND FED.R.BANKR.P. 9020 SEEKING SANCTIONS FOR CIVIL CONTEMPT AGAINST KEITH A. SCHALLENKAMP, PAULSON LAW FIRM, PLLC, AND EICH LAW OFFICE, PROF. LLC FOR FAILURE TO COMPLY WITH LOCAL BANKRUPTCY RULE 9020-1 AND FAILURE TO PLEAD DAMAGES AND MOTION FOR CONTINUANCE

To: Majdi Y. Hijazin
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Ste. 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: mhijazin@hijazinlaw.com

James J. Siwek
The Siwek Law Office, Ltd.
7667 W. 95th St., Ste. 209
Hickory Hills, IL 60457
Telephone: (708) 308-1473
Facsimile: (708) 570-1302
Email: siweklaw@comcast.net

Jon E. Paulson
Paulson Law Firm, PLLC
860 Blue Gentian Road, Ste. 200
Eagan, MN 55121
Telephone: (651) 260-8215
Email: paulsonlawfirmpllc@gmail.com

  PLEASE TAKE NOTICE that on August 9, 2019, at 10:15 a.m., the undersigned will appear before the Honorable Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, and will then and there present the Motion to Strike Debtors'

1

Motion Pursuant to 11 U.S.C. Sections 524 and 105 for Violations of the Discharge Injunction and Fed.R.Bankr.P. 9020 Seeking Sanctions for Civil Contempt Against Keith A. Schallenkamp, Paulson Law Firm, PLLC, and Eich Law Office, Prof LLC for Failure to Comply with Local Bankruptcy Rule 9020-1 and Failure to Plead Damages and Motion for Continuance.

Dated this 5th day of August, 2019.

EICH LAW OFFICE, PROF. LLC

By: /s/ Robin M. Eich
Robin M. Eich
700 N. Vandemark Ave., Ste. 108
Hartford, SD 57033
Telephone: (605) 528-3000
Facsimile: (605) 528-3001
Email: Robin@eichlawoffice.com
*Appearing Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

STEVEN LEE SORENSEN,
TINA L. SORENSEN,

Debtor(s)

Case No. 11-bk-33448
Honorable Pamela S. Hollis
(Joliet City Hall, 2nd Floor)
Status Date: August 9, 2019, at
10:15 a.m.

Chapter 7

---

## MOTION TO STRIKE DEBTORS' MOTION PURSUANT TO 11 U.S.C. SECTIONS 524 AND 105 FOR VIOLATIONS OF THE DISCHARGE INJUNCTION AND FED.R.BANKR.P. 9020 SEEKING SANCTIONS FOR CIVIL CONTEMPT AGAINST KEITH A. SCHALLENKAMP, PAULSON LAW FIRM, PLLC, AND EICH LAW OFFICE, PROF. LLC FOR FAILURE TO COMPLY WITH LOCAL BANKRUPTCY RULE 9020-1 AND FAILURE TO PLEAD DAMAGES

COMES NOW Robin M. Eich, of Eich Law Office, Prof. LLC, pursuant to Local Bankruptcy Rules of the Northern District of Illinois Rules 1000-2 (A) and 9020-1(A)(1), (hereinafter respectfully cited "LBR 1000-2" and "LBR 9020-1"); and moves this Court to Strike the Debtors' Motion Pursuant to 11 U.S.C. sections 524 and 105 for Violations of the Discharge Injunction and Fed.R.Bankr.P. 9020 Seeking Sanctions for Civil Contempt Against Keith A. Schallenkamp, Paulson Law Firm, PLLC, and Eich Law Office, Prof. LLC (hereinafter cited "Debtors' Motion") filed in the above shown cause on May 31, 2019; and in support thereof states as follows:

1

## STATEMENT OF FACTS

1. This Court has jurisdiction over this proceeding, which arises in a case under the Bankruptcy Code and concerns claims against Keith A. Schallenkamp, Paulson Law Firm, PLLC, and Eich Law Office, Prof. LLC, pursuant to 28 U.S.C. § 1334. This proceeding is a core proceeding.

2. Debtors filed their petition for relief under Chapter 7 of Title 11 of the United States Code on August 16, 2011, in the above shown case number.

3. Keith A. Schallenkamp was listed as an unsecured creditor in the aforementioned case herein.

4. On July 31, 2012, Debtors received a discharge of all dischargeable debts pursuant to 11 U.S.C. Sec. 727.

5. Keith A. Schallenkamp retained Eich Law Office, Prof. LLC to represent him in a civil matter in McCook County, South Dakota.

6. Eich Law Office, Prof. LLC, is a single member professional limited liability company organized under the laws of the State of South Dakota. Robin M. Eich, an attorney licensed to practice in the State of South Dakota, is the Operating Manager and sole member of Eich Law Office, Prof. LLC.

7. On May 31, 2019, Debtors filed the Debtors' Motion.

8. Debtors' Motion seeks sanctions against Eich Law Office, Prof. LLC pursuant to Fed.Bankr.P. 9020 for Civil Contempt.

9. Debtors' Motion did not include an Affidavit as required by LBR 9020-1.

10. Eich Law Office, Prof. LLC denies that service has been accomplished upon it correctly, and thus this Response is not being timely made pursuant to the Order of the Court.

11. Eich Law Office, Prof. LLC join with Keith A. Schallenkamp and Paulson Law Firm, PLLC and move for a motion to dismiss the Debtors' Motion.

## RESPONSE OF EICH LAW OFFICE, PROF. LLC

12. Eich Law Office, Prof. LLC believes that Paragraphs 1 through 4 of the Debtors' Motion require no response; should it need to be answered, Eich Law Office, Prof. LLC admits.

13. Eich Law Office, Prof. LLC lacks knowledge of Paragraph 5 of the Debtors' Motion and neither admits nor denies the same.

14. Eich Law Office, Prof. LLC admits Paragraphs 6 and 7 of the Debtors' Motion.

15. Eich Law Office, Prof. LLC denies Paragraph 8 of the Debtors' Motion in its entirety and demands strict proof thereof at trial.

16. Eich Law Office, Prof. LLC admits Paragraphs 9 through 12 of the Debtors' Motion.

17. Eich Law Office, Prof. LLC denies Paragraphs 13 through 16 of the Debtors' Motion in their entirety and demands strict proof thereof at trial.

18. Eich Law Office, Prof. LLC admits Paragraphs 17 and 18 of the Debtors' Motion.

19. Eich Law Office, Prof. LLC denies Paragraphs 19 through 21 of the Debtors' Motion in their entirety and demands strict proof thereof at trial.

20. Eich Law Office, Prof. LLC denies in part and admits in part Paragraph 22 of the Debtors' Motion. Eich Law Office, Prof. LLC admits that a civil lawsuit was filed in District Court, First Judicial District, County of Sibley, State of Minnesota.

21. Eich Law Office, Prof. LLC denies Paragraphs 23 and 24 of the Debtors' Motion in their entirety and demands strict proof thereof at trial.

22. Eich Law Office, Prof. LLC admits Paragraph 25 of the Debtors' Motion.

23. Eich Law Office, Prof. LLC denies in part and admits in part Paragraph 26 of the Debtors' Motion. Eich Law Office, Prof. LLC admits that a civil lawsuit was filed in Circuit Court, First Judicial Circuit, County of McCook, State of South Dakota.

24. Eich Law Office, Prof. LLC denies Paragraphs 27 through 43 (Paragraphs 36 through 41 notwithstanding, as they are missing from Debtors' Motion) of the Debtors' Motion in their entirety and demands strict proof thereof at trial.

25. Eich Law Office, Prof. LLC denies each and every allegation as stated in Debtors' Motion except as specifically admitted or denied.

## **LEGAL ARGUMENTS**

26. According to Schallenkamp's Motion to Strike Debtor's Motion Pursuant to 11 U.S.C. sections 524 and 105 for Violations of the Discharge Injunction and Fed.R.Bankr.P. 9020 Seeking Sanctions for Civil Contempt Against Keith A. Schallenkamp, Paulson Law Firm, PLLC, and Eich Law Office, Prof. LLC (hereinafter cited as "Schallenkamp's Motion to Strike"), citing LBR 1000-2, "The Local Bankruptcy Rules for the Northern District of Illinois are promulgated by the district court and bankruptcy court pursuant to Fed.R.Civ.P. 83 and Fed.R.Bankr.P. 9029. They...will govern procedure in the bankruptcy court, and in the district court in all bankruptcy cases and proceedings...These Rules will be construed to secure the expeditious and economical administration of every case within the district under the Bankruptcy Code and the just, speedy, and inexpensive determination of every proceeding therein. Schallenkamp's Motion to Strike P.7.

27. Further, "The Court has authority to enforce oocal rules as they see fit and need not warn or inform counsel of its failure to follow a local rule. 'Compliance is mandatory, and failure of such can be fatal.' Citing Waldridge v. Am. Hoechat Corp., 24 F.3d 918, 924 (7th Cir. 1994) where the court found facts deemed admitted in summary judgment proceeding where a party failed to follow the local rules, and Transamerica Corp. v. National Union Fire Ins. Co. 143 F.R.D. 189, 191 (N.D. Ill. 1992) where the court struck a memorandum for "failure to follow local rules." In re Kelco Materials, Inc., 532 B.R. 912, 921-922, LEXIS 2314, 21 (N.D. Ill., Eastern Div. 2015). Even a pro se party must follow the federal and local procedural rules, let alone an attorney. Thorton v. Lake, 2018 U.S. Dist. LEXIS 90163, 4 (N.D. Ill., Eastern Div., 2018.). Schallenkamp's Motion to Strike P.8.

28. "A contempt motion must be accompanied by an affidavit describing the alleged misconduct on which it is based, stating the total of any monetary claim occasioned thereby, and listing each special item of damage sought to be recovered. A reasonable counsel fee, necessitated by the contempt proceeding, may be included as an item of damage" LBR 9020-1.

29. The Debtors' Motion was not accompanied by an affidavit listing the total of any claim alleged by Debtors.

30. Therefore, the Debtors' Motion should be stricken in its entirety for failure to comply with LBR 9020-1 and dismissed with prejudice.

31. On August 1, 2019, the Affidavit of Steven Lee Sorensen in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 524 and 105 for Violations of the Discharge Injunction and Fed. R. Bankr. P. 9020 Seeking Sanctions for Civil Contempt Against Keith A. Schallenkamp,

Paulson Law Firm, PLLC and Eich Law Office, Prof. LLC (hereinafter cited as "Sorensen's Affidavit") was filed in the case matter herein.

32. Sorensen's Affidavit is noncompliant with LBR 9020-1 in several ways; First, it fails to list any monetary amount regarding damages except regarding the total amount billed for attorney's fees and costs. Further, the attorney's fees and costs are not itemized. Next, it fails to list any other damages for emotional distress. Lastly, Sorensens' Affidavit fails to include a measure for punitive damages. Sorensen's Affidavit P.53 and P.56.

33. Eich Law Office, Prof. LLC reaffirms that the Debtors' Motion should be stricken in its entirety for failure to comply with LBR 9020-1 and dismissed with prejudice.

WHEREFORE, Eich Law Office, Prof. LLC respectfully prays for the following relief:

1. That the Debtors' Motion Pursuant to 11 U.S.C. sections 524 and 105 for Violations of the Discharge Injunction and Fed.R.Bankr.P. 9020 Seeking Sanctions for Civil Contempt Against Keith A. Schallenkamp, Paulson Law Firm, PLLC, and Eich Law Office, Prof. LLC be stricken in its entirety with prejudice; and

2. For any and further relief as this court deems met and just.

Dated this 5th day of August, 2019.

                                                    EICH LAW OFFICE, PROF. LLC

                                        By: /s/ Robin M. Eich
                                             Robin M. Eich
                                             700 N. Vandemark Ave., Ste. 108
                                             Hartford, SD 57033
                                             Telephone: (605) 528-3000
                                             Facsimile: (605) 528-3001
                                             Email: Robin@eichlawoffice.com
                                             *Appearing Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

STEVEN LEE SORENSEN,
TINA L. SORENSEN,

          Debtor(s)

Case No. 11-bk-33448
Honorable Pamela S. Hollis
(Joliet City Hall, 2nd Floor)
Status Date: August 9, 2019, at
10:15 a.m.

Chapter 7

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 08 2019
JEFFREY P. ALLSTEADT, CLERK
TEAM - CA

## MOTION FOR CONTINUANCE

COMES NOW Robin M. Eich, of Eich Law Office, Prof. LLC, pursuant to Local Bankruptcy Rules of the Northern District of Illinois Rules 1000-2 (A) and moves this court to continue the Debtors' Motion Pursuant to 11 U.S.C. sections 524 and 105 for Violations of the Discharge Injunction and Fed.R.Bankr.P. 9020 Seeking Sanctions for Civil Contempt Against Keith A. Schallenkamp, Paulson Law Firm, PLLC, and Eich Law Office, Prof. LLC and Debtors' Motion to Reopen Chapter 7 Case in that Eich Law Office, Prof. LLC is seeking to retain an attorney to defend it in the aforementioned Motions.

Dated this 5th day of August, 2019.

          EICH LAW OFFICE, PROF. LLC

          By: /s/ Robin M. Eich
              Robin M. Eich
              700 N. Vandemark Ave., Ste. 108
              Hartford, SD 57033
              Telephone: (605) 528-3000
              Facsimile: (605) 528-3001
              Email: Robin@eichlawoffice.com
              *Appearing Pro Se*

1