

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

| | | |
|---|---|---|
| STEVEN LEE SORENSEN, <br> TINA L. SORENSEN, | * <br> * <br> * <br> * <br> * <br> * <br> * | Case No. 11-bk-33448 <br> Honorable Pamela S. Hollis <br> Joliet City Hall, 2nd Floor |
| Debtor(s) | * <br> * <br> * | Chapter 7 |

## CERTIFICATE OF SERVICE

I, Robin M. Eich, hereby certify that on August 28, 2019, a true and correct copy of the Eich Law Office, Prof. LLC's Response to Debtors' Motion Pursuant to 11 U.S.C. Sections 524 and 105 for Violations of the Discharge Injunction and Fed.R.Bankr.P. 9020 Seeking Sanctions for Civil Contempt Against Keith A. Schallenkamp, Paulson Law Firm, PLLC, and Eich Law Office, Prof. LLC was served via US Mail first class, postage prepaid, at their last known mailing addresses, upon:

Majdi Y. Hijazin
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Ste. 200
Lombard, IL 60148

James J. Siwek
The Siwek Law Office, Ltd.
7667 W. 95th St., Ste. 209
Hickory Hills, IL 60457

Jon E. Paulson
Paulson Law Firm, PLLC
860 Blue Gentian Road, Ste. 200
Eagan, MN 55121

Dated this 28th day of August, 2019.

                                              EICH LAW OFFICE, PROF. LLC

                                    By: /s/ Robin M. Eich
                                          Robin M. Eich
                                          700 N. Vandemark Ave., Ste. 108
                                          Hartford, SD 57033
                                          Telephone: (605) 528-3000
                                          Facsimile: (605) 528-3001
                                          Email: Robin@eichlawoffice.com
                                          *Appearing Pro Se*



# EICH LAW OFFICE
*Attorneys and Counselors at Law*

August 28, 2019

United States Bankruptcy Court
219 S. Dearborn Street, Room 710
Chicago, IL 60604
VIA FEDEX DELIVERY

RE: *In Re: Steven Lee Sorensen and Tina L. Sorensen; Case No. 11-bk-33448*

Dear Sir/Madam:

Enclosed, please find the original Eich Law Office, Prof. LLC's Response to Debtors' Motion Pursuant to 11 U.S.C. Sections 524 and 105 for Violations of the Discharge Injunction and Fed.R.Bankr.P. 9020 Seeking Sanctions for Civil Contempt Against Keith A. Schallenkamp, Paulson Law Firm, PLLC, and Eich Law Office, Prof. LLC and Certificate of Service. Please file the same.

If you have any questions, please contact me.

Sincerely,

Robin M. Eich
*Attorney and Counselor at Law*
Sender's email: Robin@eichlawoffice.com

RME/smr
Enclosures

Eich Law Office, Prof. LLC

Hartford Location
700 N. Vandemark Ave.
Suite 108
Hartford, SD 57033

P: 605-528-3000
F: 605-528-3001

Parker Location
210 N. Main Ave., Suite 102
PO Box 310
Parker, SD 57053

P: 605-297-4809

www.eichlawoffice.com