N THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

| | | |
|---|---|---|
| STEVEN LEE SORENSEN,<br>TINA L. SORENSEN,<br><br>Debtor(s) | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 11-bk-33448<br>Hon. LaShonda A. Hunt<br>(Joliet City Hall, 2nd Floor)<br>Status Date: February 7, 2020,<br>at 9:30 a.m.<br><br>Chapter 7 |

_____

**NOTICE OF EICH LAW OFFICE, PROF. LLC'S RENEWED MOTION TO STRIKE DEBTORS' MOTION PURSUANT TO 11 U.S.C. SECTIONS 524 AND 105 FOR VIOLATIONS OF THE DISCHARGE INJUNCTION AND FED.R.BANKR.P. 9020 SEEKING SANCTIONS FOR CIVIL CONTEMPT AGAINST KEITH A. SCHALLENKAMP, PAULSON LAW FIRM, PLLC, AND EICH LAW OFFICE, PROF. LLC FOR FAILURE TO COMPLY WITH LOCAL BANKRUPTCY RULE 9020-1 AND FAILURE TO PLEAD DAMAGES**

To:  Majdi Y. Hijazin                           James J. Siwek
     Sulaiman Law Group, Ltd.                   The Siwek Law Office, Ltd.
     2500 South Highland Ave., Ste. 200         7667 W. 95th St., Ste. 209
     Lombard, IL 60148                          Hickory Hills, IL 60457
     Telephone: (630) 575-8181                  Telephone: (708) 308-1473
     Facsimile: (630) 575-8188                  Facsimile: (708) 570-1302
     Email: mhijazin@hijazinlaw.com             Email: siweklaw@comcast.com

PLEASE TAKE NOTICE that on February 7, 2020, at 9:30 a.m., the undersigned will appear before the Honorable LaShonda A. Hunt at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, and will then and there present Eich Law Office, Prof. LLC's Renewed Motion to Strike Debtors' Motion Pursuant to 11 U.S.C. Sections 524 and 105 for Violations of the Discharge Injunction and Fed.R.Bankr.P. 9020 Seeking Sanctions for Civil Contempt Against Keith A. Schallenkamp, Paulson Law Firm, PLLC, and Eich Law Office, Prof LLC for Failure to Comply with Local Bankruptcy Rule 9020-1 and Failure to Plead Damages.

Dated this 4th day of February, 2020.

                              VENIS AND COPP, LLP

                By:  /s/ Frank P. Venis
                     Frank P. Venis
                     205 W. Randolph Street, Suite 2000
                     Chicago, IL 60606
                     Telephone: (312) 469-0707
                     Email: Venis@venisandcopp.com