# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 11 B 33448 |
| Steven Sorensen and Tina L. Sorensen, ) | |
| ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Judge LaShonda A. Hunt |
| ) | |

## NOTICE OF OBJECTION BY KEITH SCHALLENKAMP TO THE DEBTORS' MOTION TO CONTINUE TRIAL (DOCKET 99)

You are hereby notified pursuant to General 20-03 entered on September 28, 2020, Section 6(b) that Keith Schallenkamp objects to the Debtor's Motion to Continue Trial (Docket 99) and requests that said Motion be called for hearing.

BY:/s/Paul M. Bach
Paul M. Bach
Bach Law Offices
PO Box 1285
Northbrook, Illinois 60065
847 564 0808

## PROOF OF SERVICE

I, PAUL M. BACH certify that I served this notice was served upon all parties named in this notice as stated on the attached service list by ECF Electronic Delivery on January 26, 2021.

/s/Paul M. Bach

SERVICE LIST

**Majdi Y Hijazin**
Law Offices of Majdi Y. Hijazin, Ltd.
2500 S. Highland Ave
Suite 200
Lombard, IL 60148

**James J Siwek**
The Siwek Law Office, Ltd.
7667 W. 95th Street, Suite 209
Hickory Hills, IL 60457

**Frank Venis**
Venis & Copp LLP
205 W. Randolph St
Suite 2000
Chicago, IL 60606

**Arthur D Wellman**
Wellman & Associates
11980 Duchess
Mokena, IL 60448

**Joel P Fonferko**
Codilis & Associates, P.C.
15W030 N. Frontage Road
Suite 100
Burr Ridge, IL 60527

**Adham Alaily**
Egan & Alaily LLC
321 N. Clark St., Suite 1430
Chicago, IL 60654